# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                          CASE NO. 6:23-cr-10012-JWB

**LAQUAVION M. BENTLEY,**

      **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### POSSESSION OF AN UNREGISTERED FIREARM
**[26 U.S.C. §§ 5841 and 5861(d)]**

On or about September 15, 2022, in the District of Kansas, the defendant,

**LAQUAVION M. BENTLEY,**

did knowingly and unlawfully receive and possess a firearm, namely a silencer described as a black cylindrical device, approximately 5-7/8 inches in length and 1-3/8 inches in diameter, with no visible markings or serial number, which was not registered to him in the National Firearms Registration and Transfer Record and knew that the device he received and possessed had the characteristics of a silencer.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871 with reference to Title 26, United States Code, Section 5845 and Title 18, United States Code, Section 921.

## **FORFEITURE NOTICE**

1.     The allegations contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to:

    A.     A silencer described as a black cylindrical device, approximately 5-7/8 inches in length and 1-3/8 inches in diameter, with no visible markings or serial number;

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

                A TRUE BILL.

| | |
|---|---|
| <u>February 22, 2023</u> | <u>s/Foreperson</u> |
| DATE | FOREPERSON OF THE GRAND JURY |

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By:/s/ Matt Treaster
MATT TREASTER
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: matt.treaster@usdoj.gov
Ks. S. Ct. No. 17473

<div style="border:1px solid black; padding:10px;">
IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS
</div>

## PENALTIES

**Count 1 [26 U.S.C. §§ 5841 and 5861(d) – Possession of an Unregistered Firearm]**

- Punishable by a term of imprisonment of not more than ten (10) years.  26 U.S.C. § 5871.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $10,000.  26 U.S.C. § 5871.

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.