```
                23-10012-01     USA v. BENTLEY     03/05/2023         1
```

1                IN THE UNITED STATES DISTRICT COURT
                         DISTRICT OF KANSAS
2

3  THE UNITED STATES OF AMERICA,

4            Plaintiff,

5        vs.                              District Court
                                          Case Number
6  LAQUAVION M. BENTLEY,                  23-10012-02

7            Defendant.

8

9          PARTIAL TRANSCRIPT OF PROCEEDINGS

10
         On the 5th day of March, 2023 at 3:05 p.m. came on
11 to be heard in the DETENTION HEARING in the
   above-entitled and numbered cause before the
12 HONORABLE GWYNNE E. BIRZER, Magistrate Judge of the
   United States District Court for the District of Kansas,
13 Sitting in Wichita.
         Proceedings recorded by electronically.
14       Transcript produced by machine shorthand and
   computer.
15

16
   APPEARANCES
17
         The Plaintiff appeared by and through:
18       Mr. Matt Treaster
         United States Attorney's Office
19       301 N. Main, Suite 1200
         Wichita, Kansas 67202
20
         The Defendant appeared in person, by and through:
21       Ms. S. Lynn Burke
         Federal Public Defender's Office
22       301 N. Main, Suite 850
         Wichita, KS 67202
23

24

25

```
                    Jana L. McKinney, CSR, RPR, CRR, RMR
                         United States Court Reporter
                             PH. (316) 315-4268
```

23-10012-01     USA v. BENTLEY     03/05/2023      2

1        (The following proceedings were electronically
2   recorded and have been requested transcribed:)
3            THE COURT:  All right.  So, Mr. Bentley, there's
4   some factors that I have to consider, and then we'll
5   figure out where we need to go.  Okay?
6        All right.  So I think that the nature and
7   circumstances of this case, the fact that the charge is
8   possession of an unregistered firearm, that being a
9   silencer, I think that is serious enough I think that
10  weighs in favor of the Government for purposes of
11  detention.
12       I think the weight of the evidence is strong
13  because they seized it.  I know there might be some
14  search issues that might have to be dealt with but
15  that's -- I think the weight of the evidence is strong,
16  and so I think that that weighs in favor of the
17  Government.
18       And as I consider your history and think about,
19  you know, your family members that are here today, and
20  looking at your bond report, you know, your transcript,
21  and just everything that I've considered in this case,
22  you know it looks to me like you know your family, they
23  support you, they've love you, you know, since you were a
24  kid and liked animals, but it also seems like they've
25  stuck their neck out for you since you were 14, you know

23-10012-01     USA v. BENTLEY     03/05/2023       3

1  since YCAT, and since state court -- since juvenile
2  court, since state court, and now here we are in federal
3  court.
4         Your -- the things that you are being accused of,
5  it's beginning to escalate and what makes me nervous here
6  is that a silencer is not something that somebody even
7  your age should have --
8         THE DEFENDANT:  Yes, ma'am.
9         THE COURT:  -- and so I'm not -- that doesn't
10 sit well with me.  I'm going to detain you.
11        And I'm -- this is why.  Because I think that you
12 need to understand why.  You've got -- you've been on
13 bond and each time that you've been released on bond,
14 you've picked up a new case.  I understand you know from
15 your great aunt that these cases have not been processed
16 yet, but all of the offenses, they involve guns.  And
17 here's the thing.  It's going to come to a time where
18 your family is either going to be at your funeral, or in
19 custody.
20        And that situation -- I read a letter here that
21 said that the situation in September really was a game
22 changer, and I think it was, but you have got to stay
23 away from these guns, and that's the problem.  And gun
24 parts.
25        And so I think that the fact that -- I mean, this

1  is federal court.  You don't just get to bond out here.
2  This is different.  And at the age of 19, facing federal
3  prison, that ain't going to be pretty.  And so you're
4  going to have to decide if you are gonna deal with
5  the -- if you're going to continue to handle guns or not.
6          I don't doubt that you are a good person when
7  you're around your family and all of that but it's when
8  you get with other people.  I mean, this situation
9  happened in September that was, you know, that was hard
10 but then we've got in -- you know then we've got you know
11 January and February, I mean two months ago, where you
12 were -- you bonded out twice, on two different gun cases.
13         And I'm -- I haven't heard anything from your aunt
14 or anybody on why you need to have a gun.  And she said
15 herself, you know, that he shot at you.  And so I -- you
16 know, they want you to live and I understand they want
17 you home, too, but the way that you're going, the cases
18 that you are picking up, you can't do both.  You can't do
19 both.  So we've got -- so you have to figure out if
20 you're going to handle guns, or if you're going to want
21 to be out with your family and I just -- I can't take
22 that chance.
23         Everything that I have listened to, your family,
24 I've -- they're here, I don't doubt it, I have got family
25 like that, too.  But you cannot keep having these guns.

1  That's the problem. And ordinarily you know these have
2  been state cases. Now that you've gotten -- you've
3  gotten so many weapons cases, and now you've got the
4  attention of the federal government. You've got their
5  attention now. And so any time you do something, or
6  handle a gun, feds are going to pick it up.
7         And that's what you -- what I don't -- I'm not
8  sure that you understand, and maybe because I think
9  you're old enough to know better, but I think you're too
10 young to care. And I just don't -- I don't see that
11 you're going to stop. I don't think that there's a
12 condition that I could set, I just don't believe it right
13 now, that can keep you from handling weapons.
14        I will say this: I will reconsider if Ms. Burke
15 comes up with a different plan different from today. I'm
16 not going to let you go back to your mother's, or to your
17 great aunt's, because you've been with them and we've got
18 your record. We saw how that worked out.
19        THE DEFENDANT:  Mm-hmm.
20        THE COURT:  And so I don't want to let you go
21 back into the environment where you feel like you need to
22 pick up guns.
23        I don't want you to be detained, but I can't let
24 you go with these guns and a silencer. I still can't
25 figure out why a 19-year-old young man would have the

23-10012-01     USA v. BENTLEY     03/05/2023      6

1  need for a silencer.  I can't figure that out.  And that
2  makes me nervous.
3       And so it's my job to kind of determine the danger
4  to the community or -- I don't think that you're a flight
5  risk.  I have no doubt you will show up to court.  I
6  think you're responsible enough to do that.  I have no
7  doubt about that.
8       I see your GED transcript, the fact that you've --
9  you know you can hold down a job, but it's these guns,
10 and these guns are killing people.  So if we can figure
11 out -- so I'm going to order that you be detained until
12 further order of the Court.
13      But now, Ms. Burke, I will say that if we can
14 figure out another environment of somewhere else -- this
15 right here is not working.  I am not going to let him out
16 so that as soon as he gets out in a few months he'll be
17 tempted -- I'm not saying that he will pick up a gun, but
18 he'll be tempted, because of the friends that he has.
19           MS. BURKE:  I understand, Your Honor.
20           THE COURT:  So this wasn't an easy decision.
21 And mainly because of your age.  And I know that federal
22 -- just the whole federal situation, you're too young for
23 that.
24      But this is -- silencers are grownup things, and I
25 mean big boy things.  And so I just, I can't -- I'm not

1  comfortable letting you be released when what I see on
2  paper is that when you are released, it's only a matter
3  of time before you catch a gun case.
4        They watching you.  Everywhere you go, you're
5  going to get pulled over.  And when you get pulled over,
6  you keep getting caught with guns.  You can't have guns.
7  No more.  Whether you are found innocent of these charges
8  or not, you cannot have guns.  And so that's what you are
9  going to have to figure out, is if you're going to have
10 guns or not.
11       So I'm going to order that you be detained until
12 further order of the Court.
13       Did we do arraignment already in this case?
14          MS. BURKE:  We did, Your Honor.
15          THE COURT:  We're adjourned.
16       (End of proceedings.)
17
18       *********************************************
19
20              C E R T I F I C A T E
21
22       I, Jana L. McKinney, certified shorthand reporter,
23 certify that the foregoing is a correct transcript from
24 the official electronic sound recording of the
25 proceedings in the above-entitled matter.

23-10012-01     USA v. BENTLEY     03/05/2023     8

1     Dated this 13th day of March, 2022.
2
3                s/ Jana L. McKinney_____
4                Jana L. McKinney
                 United States Court Reporter
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Jana L. McKinney, CSR, RPR, CRR, RMR
United States Court Reporter
PH. (316) 315-4268

Case 6:23-cr-10012-JWB   Document 11   Filed 03/13/23   Page 9 of 9

9

1                          I N D E X
                                                              PAGE
2

3
    REPORTER'S CERTIFICATE                                       8
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25