**In the United States District Court
for the District of Kansas**

---

**United States of America**,
        Plaintiff,

v.                                                             Case No. 23-10012-01 JWB

**Laquavion M. Bentley**,
        Defendant.

---

**Motion for Review of Detention Order**

---

Defendant Laquavion M. Bentley, through undersigned counsel, moves for a review of the detention order entered on March 6, 2023 (Doc. 10). In support of said motion, counsel states the following:

On February 22, 2023, Mr. Bentley was charged by Indictment with one count of possession of an unregistered firearm - namely a silencer, in violation of 26 U.S.C. § 5841. (Doc. 1). This crime alleged occurred on September 15, 2022.

On March 3, 2023, a detention hearing was held in front of Magistrate Judge Gwynne E. Birzer and the government's request to detain Mr. Bentley was granted. (Doc. 9).

Pursuant to the provisions of 18 U.S.C. § 3145(b), Mr. Bentley seeks review of the detention order issued and seeks revocation or amendment of the order. This appeal is timely. This Court's review is *de novo. See United States v. Cisneros*, 328 F.3d 610, 616, FN. 1 (10th Cir. 2003).

Undersigned counsel has attached as Defendant's Exhibit 1, the transcription of Magistrate Judge Gwynne E. Birzer's denial of release. Magistrate Judge Gwynne E. Birzer found that Mr. Bentley was not a flight risk but held there were no conditions or combination of conditions which would ensure the safety of the community. Under § 3142(g)(4), the Court is to consider the nature and seriousness of the danger to any person or the community what would be posed by the defendant's release. The consideration to be applied is whether Mr. Bentley is such a danger to the community that no combination of conditions could ensure the safety of the community.

Magistrate Judge Gwynne E. Birzer's denial of Mr. Bentley's release was not specifically applied as to the danger Mr. Bentley poses, but more generally as to the danger silencers pose when possessed by young people in the community. The Magistrate Court specifically found that a silencer is not something someone Mr. Bentley's age should possess as "silencers are grown up things, and I mean big boy thing."[1] Further, although Mr. Bentley is not charged with being a felon in possession of a firearm, the Magistrate Court found that even if Mr. Bentley is found not guilty of the charge against him - he "cannot have guns."[2]

Pursuant to 18 U.S.C. § 3145(b), Mr. Bentley requests that a hearing be scheduled to determine what conditions of release may be sufficient to reasonably ensure the safety of the community.

---

[1] Doc. 11 at 3, 5, 6-7.
[2] Doc. 11 at 7.

Respectfully submitted,

s/Jennifer Amyx
JENNIFER AMYX, #24260
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Jennifer_Amyx@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Matthew Treaster
Assistant U.S. Attorney
Matt.Treaster@usdoj.gov

s/Jennifer Amyx
JENNIFER AMYX, #24260

3