# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                        CASE NO.  23-CR-10012-JWB

LAQUAVION M. BENTLEY,

        Defendant.

## NOTICE REGARDING EXPERT TESTIMONY
## JASON T. ARMSTRONG, FIREARMS ENFORCEMENT OFFICER (FEO)

The United States, by and through undersigned counsel, provides the following notice of expert testimony, pursuant to Federal Rules of Criminal Procedure 16(a)(1)(G), which the government intends to present at trial.

Every reasonable effort will be made to expedite the dissemination of relevant expert information as it becomes available.

Notwithstanding the foregoing, the United States reserves its right to supplement this Notice with any additional expert witnesses that, although unknown and hence unidentified at this time, may later become essential to its case in chief if and when additional facts not presently known come to light.

The government requests full disclosure of all information required pursuant to Federal Rules of Criminal Procedure 16(b) no later than ten days from the filing of this notice.

**Jason T. Armstrong – Firearms Enforcement Officer (FEO)**

The United States intends to call Jason T. Armstrong, Bureau of Alcohol, Tobacco, Firearms and Explosives, as an expert witness at trial regarding the testing and identification of a silencer.  Mr. Armstrong will testify regarding the silencer in this case.

a. **Opinion:**  Based upon inspection and testing, Mr. Armstrong has determined that the silencer meets the following: (1) it is a device for silencing, muffling, or diminishing the report of a portable firearm, is a "firearm silencer" as defined in 18 U.S.C. § 921(a)(25); (2) that being a "firearm silencer", is a "firearm" as defined in 18 U.S.C. § 921(a)(3)(C); (3) is a "firearm silencer" as defined in 18 U.S.C. § 921(a)(25), is also a "firearm" as defined by 26 U.S.C. § 5845(a)(7), and: (4) bears no NFA manufacture or makers marks of identification or serial number as required by 26 U.S.C. § 5842.  (Attachment A: Report from Jason T. Armstrong, dated 10/17/2023).

b. **Basis and Reasons for the Opinion:**  Physical inspection of the silencer revealed it is a black cylindrical device, approximately 5-7/8 inches in length and 1-3/8 inches in diameter.  There were no visible NFA manufacturers markings or serial number on the silencer.  The interior of the silencer was consistent with that of a silencer.  It appeared the silencer had been used because of residue found inside.  A sound-comparison test was conducted with the silencer, and it was determined that it was capable of diminishing the sound report of a firearm. (Attachment A).

      **c.**      **Qualifications/Prior Expert Testimony:** Mr. Armstrong's qualifications and prior Expert Testimony are listed out in his curriculum vitae attached herein. (Attachment B)

Notwithstanding the foregoing, the United States reserves its right to supplement this *Notice* with any additional expert witnesses that, although unknown and hence unidentified at this time, may later become essential to its case in chief if and when additional facts not presently known come to light.

          Respectfully submitted,

          KATE E. BRUBACHER
          United States Attorney

          s/ Matt Treaster
          MATT TREASTER
          Assistant U.S. Attorney
          1200 Epic Center, 301 N. Main
          Wichita, Kansas 67202
          Telephone: (316) 269-6481
          Fax: (316) 269-6484
          K.S.Ct.No. 17473
          E-mail: matt.treaster@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the appropriate parties of record.

          s/Matt Treaster
          MATT TREASTER
          Assistant United States Attorney