**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Technology Criminal Branch**
**Report of Technical Examination**

244 Needy Road #1600
Martinsburg, WV 25405

Phone: 304-616-4300
Fax: 304-616-4301

| To: | |
|---|---|
| Task Force Officer Vincent Reel<br>Bureau of Alcohol, Tobacco, Firearms and Explosives<br>301 N. Main<br>Suite #225<br>Wichita, Kansas 67202 | UI#: 779060-23-0007<br><br>RE: Laquavion BENTLEY<br><br>FTCB#: 2023-042-JTA<br>322482 |
| **Date Exhibit Received:** 10/13/2022 | **Type of Examination Requested:** |
| **Delivered By:** FedEx 7701 4889 9217 | Examination, Test, Classification |

### Exhibit:

1. Cylindrical metal device; no manufacturer markings, or serial number (suspected silencer).

### Pertinent Authority:

Title 28 of the United States Code (U.S.C.) provides the Bureau of Alcohol, Tobacco Firearms and Explosives (ATF) the authority to investigate criminal and regulatory violations of Federal firearms law at the direction of the Attorney General. Under the corresponding Federal regulation at 28 CFR § 0.130, the Attorney General provides ATF with the authority to investigate, administer, and enforce the laws related to firearms, in relevant part, under 18 U.S.C. Chapter 44 (Gun Control Act) and 26 U.S.C. Chapter 53 (National Firearms Act). Pursuant to the aforementioned statutory and regulatory authority, the ATF Firearms and Ammunition Technology Division (FATD) provides expert technical support on firearms and ammunition to federal, state and local law enforcement agencies regarding the Gun Control Act (GCA) and the National Firearms Act (NFA).

The Gun Control Act of 1968 (GCA), 18 U.S.C. § 921(a)(3), defines the term "**firearm**" as:

"...(A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) <u>any firearm muffler or silencer</u> or (D) any destructive device. Such term does not include an antique firearm."

The GCA, 18 U.S.C. § 921(a)(25) defines the terms "**firearm silencer**" and "**firearm muffler**" to mean:

"...<u>any device for silencing, muffling, or diminishing the report of a portable firearm</u>, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication."

ATF Form   3311.2
Revised September 2014

Task Force Officer Vincent Reel

779060-23-0007
2023-042-JTA
Page 2

The National Firearms Act (NFA), 26 U.S.C. § 5845(a), defines "**firearm**" as:

"...(1) a shotgun having a barrel or barrels of less than 18 inches in length; (2) a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length; (3) a rifle having a barrel or barrels of less than 16 inches in length; (4) a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length; (5) any other weapon, as defined in subsection (e); (6) a machinegun; (7) <u>any silencer (as defined in 18 U.S.C. § 921)</u>; and (8) a destructive device. The term "firearm" shall not include an antique firearm or any device (other than a machinegun or destructive device) which, although designed as a weapon, the ... [Attorney General] ... finds by reason of the date of its manufacture, value, design, and other characteristics is primarily a collector's item and is not likely to be used as a weapon."

Also, the NFA, 26 U.S.C. § 5842, "**identification of firearms**," states:

"...(a) Identification of firearms other than destructive devices. - Each manufacturer and importer and anyone making a firearm shall identify each firearm, other than a destructive device, manufactured, imported, or made by a serial number which may not be readily removed, obliterated, or altered, the name of the manufacturer, importer, or maker, and such other identification as the Secretary may by regulations prescribe. (b) Firearms without serial number. - Any person who possesses a firearm, other than a destructive device, which does not bear the serial number and other information required by subsection (a) of this section shall identify the firearm with a serial number assigned by the Secretary and any other information the...[latter]... may by regulations prescribe."

**Findings:**

**Exhibit 1** is a black cylindrical device, approximately 5-7/8 inches in length and 1-3/8 inches in diameter. My examination revealed that Exhibit 1 has no visible NFA manufacturers markings or a serial number.

Disassembly revealed that the device consists of an outer tube containing a monolithic baffle core. Further, the interior components of Exhibit 1 appear to be coated with deposits of gray/black residue consistent with fouling byproducts produced by the combustion of propellant powder (see attached photos).

The front end (end-cap) of the monolithic baffle core is externally threaded and contains a centrally located hole of approximately 1/2-inch in diameter to allow passage of a bullet. The outer tube is retained on the monolithic baffle core by the retaining nut. The retaining nut is internally threaded to match the threads of the monolithic baffle core. The rear end-cap is approximately 1-3/8 inches in diameter, contains a centrally located hole of approximately 1/2-inch in diameter and is internally threaded to 1/2-28 threads-per-inch (TPI) to facilitate attachment to a threaded firearm barrel.

These features and characteristics are consistent with firearm silencers I have examined, and are designed to aid in capturing, cooling, diverting, diffusing, and slowing the hot gases created by burning propellant powder.

Exhibit 1 is a device for silencing, muffling, or diminishing the report of a portable firearm and therefore, is a "**firearm silencer**" as defined.

Task Force Officer Vincent Reel

779060-23-0007
2023-042-JTA
Page 3

For sound-comparison test purposes, I used ATF reference firearm #505491, a Tactical Solutions, model Pac-Lite, .22 LR caliber semiautomatic pistol from the ATF National Firearms Collection (NFC), serial number TS-03552, with and without Exhibit 1 attached. I conducted the sound-comparison testing at the ATF test range, in Martinsburg, West Virginia, on October 14, 2022, using commercially available, CCI brand, .22LR caliber standard velocity ammunition. I conducted this test in the presence of a Bruel & Kjaer, Nexus Acoustic Conditioner Amplifier, calibrated precision sound-level meter, and recorded the results.

The NFC Tactical Solutions pistol muzzle is threaded in 1/2-28 TPI as is the rear end-cap of Exhibit 1.

I followed the standard operating procedures established by ATF for conducting the testing. During this procedure, a pre and post self-test calibration verification procedure was automatically conducted. The instrument passed both the pre and post self-test calibration verifications.

The results of the testing are as follows:

    NFC #505491 with no silencer    (5-shot average)    153.25 decibels
    NFC #505491 with Exhibit 1 attached    (5-shot average)    141.63 decibels

The sound reduction recorded was 11.62 decibels. The test results establish that Exhibit 1 is capable of diminishing the sound report of a portable firearm.

**Conclusions:**

**Exhibit 1**, being a device for silencing, muffling, or diminishing the report of a portable firearm, is a "**firearm silencer**" as defined in 18 U.S.C. § 921(a)(25).

**Exhibit 1**, being a "firearm silencer," is a "**firearm**" as defined in 18 U.S.C. § 921(a)(3)(C).

**Exhibit 1** is a "firearm silencer" as defined in 18 U.S.C. § 921(a)(25); therefore, it is also a "**firearm**" as defined in 26 U.S.C. § 5845(a)(7).

**Exhibit 1** bears no NFA manufacturer or makers marks of identification or serial number as required by 26 U.S.C. § 5842.

Examined by:

**JASON ARMSTRONG**  Digitally signed by JASON ARMSTRONG
Date: 2022.10.17 09:11:33 -04'00'

Jason Armstrong
Firearms Enforcement Officer

ATF Form   3311.2
Revised September 2014

Task Force Officer Vincent Reel

779060-23-0007
2023-042-JTA
Page 4

Approved by:

**CODY TOY**

Digitally signed by
CODY TOY
Date: 2022.10.17
09:29:15 -04'00'

Cody Toy
Chief, Firearms Technology Criminal Branch

Attachments: Four pages bearing photographs

Enclosed is a Firearms Technology Criminal Branch report provided in response to your request for assistance. Please be aware that these documents constitute "taxpayer return information" that is subject to the strict disclosure limitations provided in 26 U.S.C. § 6103. Exceptions to the non-disclosure provisions that permit the disclosure internally within ATF are set forth in 26 U.S.C. §§ 6103(h)(2)(C) and (o)(1). Any further disclosure of these reports is strictly limited and must be reviewed and approved by the Office of Chief Counsel prior to any information dissemination. Failure to adhere to the disclosure limitations provided in 26 U.S.C. § 6103 could result in civil and/or criminal liability.

ATF Form   3311.2
Revised September 2014

# Exhibit 1

779060-23-0007
2023-042-JTA
1 of 4











# Exhibit 1

779060-23-0007
2023-042-JTA
3 of 4

The interior components of Exhibit 1 appear to be coated with deposits of gray/black residue consistent with fouling by products produced by the combustion of propellant powder.

# Exhibit 1

779060-23-0007
2023-042-JTA
4 of 4

Exhibit 1 attached to ATF Exemplar rifle barrel

