CURRICULUM VITAE

**Jason T. Armstrong**
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road
Martinsburg, West Virginia, 25405

**Professional Experience:**

**July 2020 – Present**
Firearms Enforcement Officer (FEO)
Firearms and Ammunition Technology Division (FATD)
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
Martinsburg, West Virginia

- Provide technical information regarding firearms identification, operation, and design for the purpose of assisting the Bureau, the law enforcement community, the firearms industry, and the public in general in the implementation Federal laws.
- Conduct examinations and testing of firearms and related materials submitted as evidence by Bureau agents, as well as other Federal, State, and local law enforcement agencies.
- Prepare technical reports, official correspondence, and training materials relating to the identification and origin of firearms and their classification under Federal law.
- Conduct examinations and classifications of submitted prototype firearms or related devices.
- Evaluate all types of firearms for import classification.
- Determine origin and classification of ammunition.
- Prepare official Bureau responses to written inquiries from the firearms industry and the public.
- Assist in maintaining the Firearms and Ammunition Technology Division reference library, which includes over 2,000 books, catalogs and official correspondence relating to the firearms field.
- Assist in maintaining the ATF Firearms Reference Collection, which includes approximately 12,000 firearms of all types.

I have attended the following firearms training courses:

- U.S. Army Small Arms Repairman School, Aberdeen, Maryland
- USMC Rifle Team Equipment (RTE) precision armorer course, Quantico, Virginia
- Benelli shotgun armorers' course, Fairfax, Virginia
- Bob Marvel 1911 course, Troy, North Carolina
- SIG-Sauer P320 course by Bruce Gray, Quantico, Virginia
- SIG-Sauer P320/M17-M18 armorer course, Quantico, Virginia
- SIG-Sauer M17-M18 maintainer training (US Army) Dearborn, Michigan
- H&K MP5 armorer course, Ashburn Virginia

- Glock pistol armorer course, Chambersburg, Pennsylvania
- SIG-SAUER Classic line armorer course, Sykesville, Maryland
- CZ-P10 armorer course, Team One, Martinsburg, West Virginia
- Benelli M1, 2 & 4 series armorer course, Team One, Martinsburg, West Virginia
- CZ Scorpion armorer course, Team One, Martinsburg, West Virginia
- Springfield XD/XDM armorer course, Team One, Martinsburg, West Virginia
- Foreign Weapons Course, Phoenix Defense, Las Vegas, Nevada

I have received training in firearm silencer manufacture, design and operation from ATF and the following:

- Principles of Acoustics and Sound Measurement training given by Bruel and Kjaer
- Silencer Principal Training provided by Dr. Philip H. Dater, founder of Gemtech and Antares Technologies
- Silencer 101, Troy, North Carolina

I have received manufacturing and historical instruction at the following ammunition factories:

- PWS ammunition loading facility, Quantico, Virginia
- Lake City ammunition plant, Independence, Missouri

I have toured the following museums that display firearms as part of their collection, public and/or archival collection were viewed:

- Aberdeen Ordnance Museum, Aberdeen, Maryland
- NRA National Firearms Museum, Fairfax, Virginia
- Marine Corps Museum, Quantico, Virginia
- Buffalo Bill Cody Museum, Cody, Wyoming
- The National Infantry Museum, Fort Benning, Georgia
- Springfield Armory Museum, Springfield, Massachusetts

I have received manufacturing and historical instruction at the following firearms factories to include, but not limited to:

- Precision Weapons Section, Quantico, Virginia
- U.S. Army Marksmanship Unit, Fort Benning, Georgia
- U.S. Navy Surface Warfare Center (NSWC), Crane, Indiana
- GA Precision, Kansas City, Missouri
- Badger Ordnance, Kansas City, Missouri
- Timmons Precision, Abbeville, South Carolina
- Smith and Wesson, Deep River, Connecticut
- Standard Manufacturing, New Brittan, Connecticut

I received training from ATF in the following areas to include, but not limited to:

- Gun Control Act of 1968
- National Firearms Act of 1934
- Importing Factoring Criteria
- Evidence Handling
- 18 U.S.C. 922(r)
- Ammunition
- Making a Firearm. (Glock-type)
- Making a Silencer
- Destructive Devices
- Arms Export Control Act of 1976 (AECA)
- Antique Firearms
- Interstate NEXUS
- Machinegun Conversions

I received training from ATF in the following historic firearms designs to include, but not limited to:

- MAC-type Machinegun
- Gatling Gun
- Maxim Machinegun
- Browning Model 1919 Machinegun
- MG34/42 Machinegun
- Type 99 Japanese Machinegun
- FN FAL Machinegun
- SKS
- STEN-type Machinegun
- Lewis Gun Machinegun
- Thompson Machinegun
- AK-type Machinegun
- M2 Carbine Machinegun
- UZI Machinegun
- M-16 Machinegun

I have attended firearm trade shows to view firearms to include the following:

- SHOT Show: 2002, 2007

I have received training and certification on the use and operation of precision measuring tools to include:

- Tape and Rule measurement
- Dial bore gage measurement
- Gage measurement
- Micrometer measurement
- Caliper measurement
- Angle measurement

**April 2016 – July 2020**
Equipment Specialist Ordnance
Department of the Navy
Weapons Training Battalion (WTBN)
United States Marine Corps
Precision Weapons Section (PWS)
Quantico, VA

- Provided instruction to PWS student personnel on the use and safe operation of machining equipment, precision measuring instrumentation and had tools.

- Instructed personnel on the processes, theories and techniques of building and maintaining precision and nonstandard weapon systems.
- Instructed personnel in complex manufacturing and production of non-routine, one-of-a-kind weapons parts from a variety of materials including various metal alloys.
- Assisted in research, development, and production in a variety of commercial and military competitive and combat small arms systems in use or considered for use by the Marine Corps in support of PWS, WTBN, Marine Corps Systems Command, Marine Corps Logistics Command, and other government agencies.

**February 2013 – April 2016**
ACCURACY-X, INC.
Gunsmith / Machinist
Roanoke, VA

- Developed and manufactured custom built competition pistols, and rifles.
- Manufactured custom pistol compensators, magazine well extensions, scope mounts and blast deflectors.
- Proof and accuracy test barrels and competition pistols and rifles.
- Machine items as necessary on manual and CNC machines.
- Weld items as necessary.
- Maintain manual and CNC machines.

## Military Experience:

**December 1990 – March 2014**
United States Marine Corps
MOS 2112 Precision Weapons Specialist / 2111 Armorer

- Certified Armorer trained at Aberdeen Proving Grounds, Maryland, on the assembly/ disassembly, care, maintenance, operation, and repairing weapon systems of all modern U.S. military firearms including, but not limited to:
  - M9 Beretta Pistol
  - M16/M4 Rifle
  - M203 Grenade Launcher
  - M249 Squad Automatic Weapon
  - M60 Machinegun
  - M240 B/C/G Machinegun
  - MK19 Automatic Grenade Launcher
  - M2 .50 caliber Machinegun
  - M85 .50 caliber Machinegun
  - Winchester 1200
  - Remington 870
  - Mossberg 500 Shotguns
  - M242 25mm Bushmaster Chain Gun
  - M224 60mm Light Weight Mortar
  - M252 81mm Medium Weight Mortar
  - Mk 153 84mm SMAW Rocket Launcher
  - M47 Dragon Anti-Tank missile system

- Trained in the eight basic steps in firearm "Cycle of operations."
- Knowledgeable in the use of tools to gauge headspace and timing on various weapon systems to ensure safe and reliable functioning.
- Rifle Team Equipment trained in precision weapons within the Marine Corps inventory.
- Received in-depth training in the operation of gunsmithing tools and machines such as lathes, milling machines, surface grinders, welding, and refinishing operations.
- M14 National Match (NM), M14 Designated Marksman Rifle, M14 Enhanced Marksman Rifle, M1911 NM, M1911 MEUSOC, H&K MP5, USMC M40 series sniper rifles, NM M16, and M16 Squad Advanced Marksman Rifle.
- Conducted inspections of military armories containing various firearms to include revolvers, pistols, shotguns, and semi-automatic, automatic, and destructive devices.
- Served as match armorer for the USMC Pistol Team in national, state, and local competitions in 2000-2003, 2007, and 2008.
- HAAS CNC Vertical and Horizontal Mill course.
- Precision Weapons Section Quantico Test Facility Staff Non-Commissioned Officer in Charge. Conducted proof and accuracy testing of all weapons produced and maintained by the PWS Quantico armory.
- Non-Commissioned Officer in charge of multiple armories.

I have previously testified in the following courts as an expert witness regarding the identification, operation, or design of firearms:

U.S. v. MICHAEL RECH (21-CR-6080-CJS-MWP)- Rochester, NY- December 2021

U.S. v. COREY JOHN (20-CR-341) – Brooklyn, NY, March 2022

U.S. v. CALEB SHEFFIELD (1:22CR29-1) Greensboro, NC – August 2022

U.S. v. MARK BOLLING (2:21-cr-00087) Charleston, WV – February 2023